No. 73–1003.   NATIONAL INDIAN YOUTH COUNCIL ET AL. *v.* BRUCE ET AL.   C. A. 10th Cir.   Motion of peti-

tioners to strike brief of respondents and certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.